USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GLORY WEALTH SHIPPING PTE LTD.,

                Plaintiff,         09 Civ. 1053 (DAB)
                                        ORDER

    -against-

HNA GROUP CO., LTD.,

                Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of HNA Group (Hong Kong) Development Co., Limited's ("HNA Development") April 2, 2009 correspondence, as well as Plaintiff's April 6, 2009 response.

    Pursuant to Rule E(4)(f) of the Supplemental Rules for Admiralty or Maritime Claims the Court hereby schedules a hearing for April 29, 2009 at 11:30 AM. HNA Development shall file its memorandum of law, along with <u>legible</u> exhibits to the Court by April 20, 2009, and Plaintiff shall file its response by April 24, 2009.

    SO ORDERED.

Dated:  New York, New York
        April 14, 2009

                                        Deborah A. Batts
                                   United States District Judge