UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
GLORY WEALTH SHIPPING PTE LTD.,

                      Plaintiff,        09 Civ. 1053 (DAB)
                                                    ORDER FOR RELEASE
-against-                                   OF FUNDS

HNA GROUP CO., LTD.,

                      Defendant.

----------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The erroneously attached funds of intervenor HNA Group (Hong Kong) Development Co., Limited, including $503,736.03 and $103,907.33 by garnishee banks J.P. Morgan Chase Bank and New York Bank of Mellon, respecitively, are to be released immediately.

    SO ORDERED.

Dated:  New York, New York
       April 29, 2009

                                                       Deborah A. Batts
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/09