Michael G. Chalos
Eugene J. O'Connor
Owen F. Duffy
Leroy S. Corsa
Brian T. McCarthy
Timothy Semenoro*
George E. Murray
George K. Kontakis*
Andrew Warner
Michael S. Weinstock

*Admitted in NY & NJ

# CHALOS, O'CONNOR & DUFFY

## ATTORNEYS AT LAW

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

JUN 1 2 2009

George E. Murray
Associate
gmurray@codus-law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/09

June 11, 2009

Honorable Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2510
New York, NY 10007-1312
Tel.: (212) 805-0186

*Via Federal Express*

Re: Glory Wealth Shipping Pte Ltd. v. HNA Group Co., Ltd.
S.D.N.Y., Docket No.: 09 civ. 1053 (DAB)
Our file: 500539.002

### 45 Day Confirmation of the Commencement of Arbitration in this Matter

Dear Judge Batts:

We represent Plaintiff Glory Wealth Shipping Pte Ltd. ("Glory Wealth") in the above-referenced matter. We write to you to provide a status report confirming the commencement of arbitration on the underlying merits of this matter as required by Your Honor's Order directing Clerk to Issue Process of Maritime Attachment and garnishment and Appointing Process Server dated April 29, 2009.

In this regard, please note that Plaintiff appointed Michael Baker-Harber on January, 22, 2009, thereby commencing London Arbitration proceedings. Sloma & Co, on behalf of HNA Group, appointed Robert Gaisford on March, 12, 2009, thereby constituting the Tribunal. Further, Plaintiff served Submissions of Claim on March, 17, 2009. The usual 28 day period for serving Submissions of Defence expired on April 14, 2009, with no Submissions of Defence having been served. Plaintiff therefore applied to the Arbitral Tribunal for an order for service by Monday April, 20, 2009. That application is still pending before the Arbitral Tribunal.

Under these circumstances, Plaintiff respectfully requests that the Order for Issuance in this matter not automatically expire.

I thank you for your time and consideration in this matter.

MEMO ENDORSED granted DAB 4/22/09

MEMO ENDORSED

Respectfully submitted,
CHALOS, O'CONNOR & DUFFY

*George E. Murray*

George E. Murray

**SO ORDERED**

*Deborah A. Batts* 4/22/09
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE