BOTTS/1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
GLORY WEALTH SHIPPING PTE LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLORY WEALTH SHIPPING PTE LTD.,   09 CV 1053 (DAB)

                Plaintiff,   ECF Case

    v.   **NOTICE OF VOLUNTARY DISMISSAL**

HNA GROUP CO., LTD.,

                Defendant.
------------------------------------------------------------X

PLEASE TAKE NOTICE that the above-captioned action is hereby voluntarily dismissed without prejudice by plaintiff, GLORY WEALTH SHIPPING PTE LTD., as to Defendant HNA GROUP CO., LTD., pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. The Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

FURTHERMORE, the Process of Maritime Attachment and Garnishment issued by this Court, by Order dated April 29, 2009, is hereby vacated.

Dated: Port Washington, New York
July 15, 2009

                                     CHALOS, O'CONNOR & DUFFY, LLP
                                     Attorneys for Plaintiff,
                                     GLORY WEALTH SHIPPING PTE LTD

By: _____
       George E. Murray (GM-4172)
       Owen F. Duffy (OD-3144)
       366 Main Street
       Port Washington, New York 11050
       Tel: (516) 767-3600
       Fax: (516) 767-3605

**SO ORDERED:**

Dated: New York, New York
        July ___, 2009

                               _____
                               Honorable Deborah A. Batts, U.S.D.J.
                                       8/7/09